```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

          - against -

HECTOR HERNANDEZ,

                  Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    On September 22, 2025, counsel for the above-named Defendant submitted a letter to the Court requesting that Defendant be provided additional discovery time and access to a laptop to view discovery, as well as dental care. (See Dkt. No. 437.) The Government is hereby directed to respond to this request within seven (7) days.

**SO ORDERED.**

Dated:    23 September 2025
             New York, New York

                                                    Victor Marrero
                                                    U.S.D.J.