USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

HECTOR HERNANDEZ,

Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court schedules sentencing in the above-captioned matter on September 4, 2026, at 11:00 AM.

**SO ORDERED.**

Dated: 6 July 2026
New York, New York

Victor Marrero
U.S.D.J.